Ismail Ramsey (CSB 189820)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

Attorneys for Defendant
*Rakeem Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff;<br><br>     vs.<br><br>RAKEEM MARCELLES BROWN,<br><br>            Defendant. | Case No.: CR 12-748 RS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>Court: Judge Richard Seeborg<br>Date:   March 18, 2014<br>Time:  2:30 p.m.<br>Room: Courtroom 3 |

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 12-748 RS

1     The parties hereby stipulate and request that this Court continue the sentencing hearing in this matter, from Tuesday, March 18, 2014 to Tuesday, April 29, 2014 at 2:30 p.m.  This continuance is requested to allow the defense time to receive and review files from California social welfare agencies detailing our client's childhood and placements in the foster care system. Defense counsel believes these records are critical to providing the Court with information regarding Rakeem's personal background.

    The probation officer, Trevor Lilian, has been contacted by defense and has no objection to the continuance.

    As indicated by her signature below, government counsel Natalie Lee has no objection to continuing the hearing to April 29, 2014 for the reasons stated.

    The parties accordingly request the Court to continue sentencing in this matter to April 29, 2014.

    IT IS SO STIPULATED.

Dated:  March 10, 2014                        Respectfully Submitted,

/s/
_____
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP
*Counsel to Rakeem Brown*

/s/
_____
Natalie Lee
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 3/10/14

_____
Richard Seeborg
United States District Judge